# UNITED STATES DISTRICT COURT
for the

Fonacho Grillian Enih
_Plaintiff(s)_

v.

Civil Action No. PX 25CV1934

Amuche Atanga louise
_Defendant(s)_

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Amuche Atanga louise

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fonacho Grillian Enih
13301 Finsbury ct laurel

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/17/2025

_Signature of Clerk or Deputy Clerk_